UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer<br>of the Internal Revenue Service<br><br>vs.<br><br>ARMANDO RODRIGUEZ | *<br>*<br>*<br>*  MISCELLANEOUS NO. **B-04-016**<br>*<br>*<br>* |

## ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Armando Rodriguez appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, _____ Floor Courtroom, 600 E. Harrison, _____ Floor, Brownsville, Texas, presided over by the undersigned, on the ___ day of _____ ___, 2004, at __ a.m./p.m., to show cause why he should not be compelled to obey the summons served on him, and that the Respondent file his written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's Exhibits attached thereto, be served upon Armando Rodriguez at a reasonable time prior to the time set for hearing.

SIGNED on this the __ day of _____, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:   U. S. Attorney
      McAllen, Texas

      Linda Briones, Revenue Officer
      Internal Revenue Service
      Harlingen, Texas 78550