UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>Armando Rodriguez, )<br>)<br>    Respondent. ) | Civil Action No. **B-04-016** |

## DECLARATION

Linda Briones declares:

    1. I am employed as a revenue officer in the Small Business/Self-Employed Division of the Internal Revenue Service at Harlingen, Texas 78550.

    2. In my capacity as a revenue officer, I am conducting an investigation into the collection of tax liability of Armando Rodriguez for the taxable period(s) ended 6/30/2002, 9/30/2002, 12/31/2002, & 3/31/2003.

    3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on November 13, 2003, an Internal Revenue Service summons, Form 2039, to Armando Rodriguez, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

    4. In accordance with section 7603 of Title 26, U.S.C., on November 13, 2003, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Armando Rodriguez, by leaving a copy at the last known place of abode, as evidenced in the certificate of service on the reverse side of the summons.

    5. On November 25, 2003, the respondent, Armando Rodriguez, appeared but refused to comply. The respondent's refusal to comply with the summons continues to the date of this declaration.

    6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Armando Rodriguez for the taxable period(s) ended 6/30/2002, 9/30/2002, 12/31/2002, & 3/31/2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2004.

Linda Briones
Revenue Officer