# Summons

In the matter of **Armando Rodriguez,**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 10**

Periods **June 30, 2002, September 30, 2002, December 31, 2002, & March 31, 2003**

## The Commissioner of Internal Revenue

To **Armando Rodriguez**
At _____

You are hereby summoned and required to appear before Linda Briones, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All negotiable and non-negotiable titles for trucks owned by this company including a detail listing of any vehicles that have been sold or traded in. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

2701 S. Business 77 Sunshine Strip, Stop 5370 Harl, Harlingen, Texas 78550   956-365-5136

**Place and time for appearance at:**   2701 S. Business 77 Sunshine Strip, Stop 5370 Harl, Harlingen, Texas 78550

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the _25th_ day of _November_ 2003 at _9:00_ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this _13th_ day of _November_, 2003

_Signature of Issuing Officer_   **Revenue Officer**
                                  Title

GOVERNMENT EXHIBIT 2

Signature of Approving Officer (If applicable)   Title

Original — to be kept by IRS