

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
 Southern District of Texas
          FILED

      APR 2 6 2004

     Michael N. Milby
      Clerk of Court
```

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> LINDA BRIONES, Revenue Officer <br> of the Internal Revenue Service <br><br> vs. <br><br> ARMANDO RODRIGUEZ | * <br> * <br> * <br> *    MISCELLANEOUS NO. B-04-016 <br> * <br> * <br> * |

### UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE THE AMENDED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, Plaintiff herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and requests leave of Court to file its Amended Petition to Enforce Internal Revenue Service Summons. The United States of America submits the following as grounds for granting this motion:

1. On April 22, 2004, the United States filed its Petition to Enforce Internal Revenue Service Summons ("Petition") in this cause.

2. The United States asks this Court to allow it to amend paragraph 7 to read as follows:

> 7. "The summons was issued for the legitimate purpose of enabling a representative of the Internal Revenue Service to inquire about the offense of failure to pay federal income taxes."

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that the Court grant leave to file its Amended Petition to Enforce Internal Revenue Service Summons in the above-entitled and numbered cause.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Motion for Leave to File the Amended Petition to Enforce Internal Revenue Service Summons was mailed to the following:

**VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED**:

Armando Rodriguez
418 Mockingbird St.
San Benito, Texas 78586-7695

on this the 23rd day of April, 2004.

STEVEN SCHAMMEL
Assistant United States Attorney