United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA and *
LINDA BRIONES, Revenue Officer *
of the Internal Revenue Service *
    *    MISCELLANEOUS NO. B-04-016
vs. *
    *
ARMANDO RODRIGUEZ *

### ORDER GRANTING LEAVE TO FILE UNITED STATES OF AMERICA'S AMENDED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America has filed a motion asking for an order granting leave to file its Amended Petition to Enforce Internal Revenue Service Summons. Having considered the motion, the Court finds that the United States should be permitted to file its Amended Petition to Enforce Internal Revenue Service Summons and that justice requires that leave to file be **GRANTED**. Therefore,

IT IS ORDERED that the United States be **GRANTED** leave to file its Amended Petition to Enforce Internal Revenue Service Summons and the Clerk is directed to accept and file the Amended Petition to Enforce Internal Revenue Service Summons attached to the United States of America's motion in the referenced proceeding.

DONE on this the 6th day of May, 2004 in ~~McAllen~~ Brownsville, Texas.

_____
United States District Judge