UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA and | * |
| LINDA BRIONES, Revenue Officer | * |
| of the Internal Revenue Service | * |
| | * MISCELLANEOUS NO. B-04-016 |
| vs. | * |
| | * |
| ARMANDO RODRIGUEZ | * |

## AMENDED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Internal Revenue Service Officer Linda Briones, Petitioners, through Michael T. Shelby, United States Attorney for the Southern District of Texas, request this Court to enter an order enforcing an Internal Revenue Service summons issued to ARMANDO RODRIGUEZ. In support thereof, the Petitioners would show the following:

### JURISDICTION

1. This Court has subject matter jurisdiction under authority of 28 U.S.C. §§1340 and 1345.

2. This Court has jurisdiction to issue appropriate process upon application by the Petitioners under authority of 26 U.S.C. §§7402(b) and 7604(a).

### VENUE

3. Venue is proper in the Southern District of Texas because Respondent, ARMANDO RODRIGUEZ can be found in, the Southern District of Texas.

### ENFORCEMENT ACTION

4. An Internal Revenue Service summons was issued by Internal Revenue Service Officer Linda Briones to Armando Rodriguez on November 13, 2003 under the authority of 26 U.S.C. §7602. The Declaration of Revenue Officer Linda Briones supporting this action is attached hereto

as Exhibit "1" and incorporated herein by reference. A copy of the summons is attached as Exhibit "2" and incorporated herein by reference.

5. The summons directed Armando Rodriguez to appear and give testimony and to bring with him and to produce for examination books, records, papers, and other data relating to the tax liability of the collection of the tax liability or for the purposes of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning **Armando Rodriguez**, for calendar years June 30, 2002, September 30, 2002, December 31, 2002 and March 31, 2003, including but not limited to, all non-negotiable titles for trucks owned by this company including a detail listing of any vehicles that have been sold or traded in. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.

6. To date, Armando Rodriguez has not complied with the summons.

7. The summons was issued for the legitimate purpose of enabling a representative of the Internal Revenue Service to inquire about the offense of failure to pay federal income taxes.

8. Said Respondent failed to appear at the time and place designated by the Summons and failed to produce said records and documents.

9. The information sought by the summons is not within the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code, Title 26, U.S.C., have been followed with respect to the issuance of the summons.

11. The summons was served on November 13, 2003 in accordance with 26 U.S.C. §7603 by Revenue Officer Linda Briones who delivered the summons to Armando Rodriguez by taping it securely to their front door at their residence in a sealed envelope. A certificate of service of the

summons was signed as required by 26 U.S.C. §7603. A copy of said certificate of service is attached as Exhibit "3" and incorporated herein by reference.

12. On the date the summons was issued, and at the date this action commenced, there was no Department of Justice referral in effect, as defined by 26 U.S.C. §7602(c), with respect to Armando Rodriguez.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioners respectfully pray that this Court enter an Order requiring Armando Rodriguez to appear at a date and hour to be determined by the Court to show cause why he should not be directed by the Court to comply with the summons; and after notice and hearing, enter an Order requiring Armando Rodriguez to give testimony, produce the afore noted records, papers or documents, or to show cause why Respondent should not be held in civil contempt for failing to produce the records previously subpoenaed.

Petitioners further pray that the Court authorize any United States Marshal, or a representative of the Internal Revenue Service, to serve a copy of this Amended Petition and the Order to Show Cause to Armando Rodriguez.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Amended Petition to Enforce Internal Revenue Service Summons was mailed via certified mail, return receipt requested to Armando Rodriguez, 418 Mockingbird St., San Benito, Texas 78586-7695 on this the 23rd day of April, 2004.

STEVEN SCHAMMEL
Assistant U. S. Attorney