UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 7 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * * |
| vs. | * MISCELLANEOUS NO. B-04-016 * * |
| ARMANDO RODRIGUEZ | * |

### ORDER TO SHOW CAUSE

Pursuant to the Amended Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Armando Rodriguez appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, 3rd Floor Courtroom, 600 E. Harrison, 3rd Floor, Brownsville, Texas, presided over by the undersigned, on the 8th day of June, 2004, at 9:30 a.m., to show cause why he should not be compelled to obey the summons served on him, and that the Respondent file his written response to the Amended Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Amended Petition to Enforce Internal Revenue Service Summons and the Government's Exhibits attached thereto, be served upon Armando Rodriguez at a reasonable time prior to the time set for hearing.

SIGNED on this the 6th day of May, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc: U. S. Attorney
McAllen, Texas

Linda Briones, Revenue Officer
Internal Revenue Service
Harlingen, Texas 78550