UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * |
| vs. | * MISCELLANEOUS NO. B-04-016 * * |
| ARMANDO RODRIGUEZ | * |

### ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Armando Rodriguez appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, 3rd Floor Courtroom, 600 E. Harrison, ~~Floor~~, Brownsville, Texas, presided over by the undersigned, on the 19th day of July, ___, 2004, at 10:00 a.m./~~p.m.~~, to show cause why he should not be compelled to obey the summons served on him, and that the Respondent file his written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's Exhibits attached thereto, be served upon Armando Rodriguez at a reasonable time prior to the time set for hearing.

SIGNED on this the 7th day of June, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:   U. S. Attorney
      McAllen, Texas

      Linda Briones, Revenue Officer
      Internal Revenue Service
      Harlingen, Texas 78550