| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by U.S. Marshal"<br>on the reverse of this form. | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 9 2004<br>Michael N. Milby<br>Clerk of Court |
|---|---|---|

| PLAINTIFF  United States of AMerica and Linda Briones Revenue Officer of the Internal Revenue Service | COURT CASE NUMBER  B-04-016 |
|---|---|
| DEFENDANT  Armando Rodriguez | TYPE OF PROCESS  Amended Petition to Enforce IRS Summons; & Order to Show Cause |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Armando Rodriguez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
418 Mockingbird St, San Benito, Texas 78586-7695

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven Schammel, Asst. U. S. Attorney
U. S. Attorney's Office
1701 W. Bus. 83, Suite 600
McAllen, Texas 78501
(956) 618-8010

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please hand dleiver via personal service upon Defendant and/or any other qualified member of household a copy of the Amended Petition to Enforce Internal Revenue Service Summons and Order to show Cause.

Signature of Attorney or other Originator requesting service on behalf of:  Steven Schammel, AUSA   ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER 956/618-8010   DATE 4/23/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6/4/04   Time 5:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Served on 6/4/04 at about 5:45pm  20 miles one way trip

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |