IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer of<br>the Internal Revenue Service | * * * * | |
| Petitioners, | * | |
| v. | • * * | Miscellaneous<br>Civil Action No. B-04-016 |
| ARMANDO RODRIGUEZ, | * * | |
| Respondent. | * | |

**PETITIONERS' MOTION TO ALLOW APPEARANCE OF
ASSISTANT UNITED STATES ATTORNEY NANCY MASSO**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Linda Briones, Revenue Officer for the Internal Revenue Service, Petitioners herein, move to allow Assistant United States Attorney, Nancy L. Masso, to appear on behalf of the Petitioners at the scheduled Order to Show Cause Hearing scheduled for Monday, July 19, 2004.

Petitioners submit that the Assistant United States Attorney in charge of this case, Steven Schammel, is scheduled to appear at another hearing on an unrelated matter before United States District Judge Ricardo Hinojosa on July 19, 2004 in McAllen, Texas, at the same time as the hearing scheduled in the case at bar. Petitioners' request to have Assistant United States Attorney, Nancy Masso, appear in Mr. Schammel's stead at the hearing in this case. Ms. Masso is familiar with the facts of this case and is authorized to appear in the United States District Courts for the Southern District of Texas.

*Statement of Consultation*

I verify that on July 16, 2004, I reviewed the file herein in an effort to determine how I may locate the Respondent to determine whether he would oppose this motion. The Petitioners' file does not reflect a telephone number for the Respondent and the local telephone directory provides no listing for the Respondent. The Respondent has not yet filed an answer to the Complaint. Therefore, it could not be determined - prior to filing this motion- whether the Respondent opposed this motion.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that this Court grant

allow Assistant United States Attorney, Nancy Masso, to appear in the stead of Assistant United States Attorney Steven Schammel at the July 19, 2004, hearing scheduled in this case.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I certify that a copy of the "PETITIONERS' MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO" was sent via First Class Mail and Certified Mail, Return Receipt Requested to Respondent Armando Rodriguez at 418 Mockingbird St., San Benito, Texas 78586 on July 16, 2004.

NANCY L. MASSO
Assistant United States Attorney