IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service<br><br>Petitioners,<br><br>v.<br><br>ARMANDO RODRIGUEZ,<br><br>Respondent. | Miscellaneous<br>Civil Action No. B-04-016 |

## ORDER GRANTING PETITIONERS' MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO

Today this Court considered the "PETITIONERS' MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO". Having considered the motion, this Court finds that the motion has merit.

THEREFORE, IT IS ORDERED that the motion be GRANTED and that Assistant United States Attorney Nancy Masso be allowed to appear on behalf of the Petitioners herein at the July 19, 2004 Order to Show Cause hearing scheduled in this matter.

Signed: July 16, 2004

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE