# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 07 – 19 – 04 |
| TIME | 10:04 a.m. – 10:14 a.m. |
| MISCELLANEOUS | B – 04 – 16 |
| STYLE | USA and Linda Briones, Revenue Officer of IRS *versus* Armando Rodriguez |



United States District Court
Southern District of Texas
FILED

JUL 19 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■Show Cause Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Petitioner U.S.A.     Nancy Masso
Attorney(s) for Respondent:          Not present

Comments:

Respondent failed to appear, his name was called three times and no answer.
Nancy Masso appeared for the United States; opening statements were made. Linda Briones, Revenue Officer IRS was sworn and testified. Ms. Briones is the investigating officer for Rodriguez file. Rodriguez has outstanding payroll taxes for June to Dec. 2002 quarters. Business name: COD Express. She seeks negotiable and non-negotiable titles to vehicles and current listing of receivables in order to determine delinquent tax amount.
Served summons to last place of abode, 418 Mockingbird, San Benito, Texas on Nov. 13, 2003; summons was taped securely to front door. Service returned as completed. Respondent never appeared. No Justice referrals re: tax liabilities.
On June 2, 2004, (actual date was June 8, 2004) Respondent was present in this Court, at which time Respondent was notified of today's hearing.
Govt. requested the Court issue an order that Respondent comply with summons, and failure to do so may result in contempt citation.
**Ruling: The Court finds that the Govt. has met its burden of proof in justifying the summons. Court ordered the Respondent to comply with the summons within 10 days, June 29, 2004, no later than 12:00 p.m. Should Respondent fail to comply, the Court will issue a show cause order. Govt. will submit a proposed order for the Judge's signature later this morning (July 19, 2004).**