IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * * | |
| Petitioners, | * | |
| | • | Miscellaneous |
| v. | * | Civil Action No. B-04-016 |
| | * | |
| ARMANDO RODRIGUEZ, | * * | |
| Respondent. | * | |

### ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

On July 19, 2004, this matter came up for hearing on this Court's "Order to Show Cause" on the United States of America's "Amended Petition to Enforce Internal Revenue Service Summons." Appearing on behalf of the United States were Assistant United States Attorney, Nancy Masso, and Petitioner, Linda Briones-Gonzalez, a Revenue Officer with the Internal Revenue Service. Respondent, though duly served with the government's Amended Petition (on or about June 7, 2004) and this Court's Order to Show Cause (June 7, 2004 and June 8, 2004), failed to appear or file an Answer to the government's "Amended Petition". A hearing was held on the government's "Amended Petition" and testimony was heard. Upon consideration of the evidence presented at this hearing and upon consideration of the matters on file herein, this Court finds:

1. This Court has jurisdiction to proceed in this matter under the authority of the following statutory provisions: 28 U.S.C. Sections 1340 and 1345; 26 U.S.C. 7402(b) and 7604(a).

2. On November 13, 2003, Revenue Officer, Linda Briones-Gonzalez, under the

authority of 26 U.S.C. 7602, issued and served upon Respondent, Armando Rodriguez, a summons to produce:

> All negotiable and non-negotiable titles for trucks owned by [C.O.D. Express] including a detail listing of any vehicles that have been sold or traded in [sic]. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.

3. The summons was issued as the result of an investigation of the Respondent's tax liability for the following tax periods: June 30, 2002; September 30, 2002; December 31, 2002; and March 31, 2003.

4. The amount of the tax liability as of July 19, 2004 is $14, 865.53.

5. The Respondent has failed to respond to the summons and has not set forth any reasonable explanation which would excuse his failure to produce the information sought in the summons.

6. There are no referrals pending to the Department of Justice (Criminal Division).

7. All administrative actions required under the Internal Revenue Code have been satisfied.

8. Accordingly, the relief sought from the government should be GRANTED.

THEREFORE, IT IS ORDERED, that Respondent, ARMANDO RODRIGUEZ, appear before Revenue Officer, Linda Briones-Gonzalez, no later than 12:00 p.m., July 29, 2004, at her office located at 2701 South Business 77, Sunshine Strip, Harlingen, Texas;

IT IS FURTHER ORDERED, that Respondent ARMANDO RODRIGUEZ produce to Revenue Officer Linda Briones-Gonzalez the following information/documents:

    A.    Historical and current listing of accounts receivable for C.O.D. Express beginning January 2002 to the current date.

    B.    All negotiable and non-negotiable titles for trucks owned by C.O.D.

Express including a detail listing of any vehicles that have been sold or traded.

IT IS FURTHER ORDERED that Respondent's failure to comply with this Order may result in the issuance of a contempt citation requiring the Respondent to show cause why he should not be held in contempt of Court for failure to comply. Respondent is admonished that in event he is found to be in contempt of Court, he may be "fined no more than $1,000.00, or imprisoned not more than one year, or both, together with costs of prosecution." See, 28 U.S.C. 7210.

IT IS FURTHER ORDERED, that the government provide a written status report regarding the status of the Respondent's compliance no later than August 5, 2004.

Signed: July 19, 2004

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE