IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer of<br>the Internal Revenue Service<br>    Plaintiffs | §<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | Miscellaneous<br>Civil Action No. B-04-016 |
| ARMANDO RODRIGUEZ<br>    Defendant | §<br>§ | |

**REPORT REGARDING THE STATUS OF DEFENDANT'S COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service, Plaintiffs herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby provides the following information regarding the status of Defendant's compliance with the orders of this Court.

To date, the defendant has not appeared before Internal Revenue Service (IRS) Revenue Officer Linda Briones pursuant to Court order. When Defendant failed to appear at the Court ordered meeting, Revenue Officer Briones followed up with a personal visit to Defendant's place of work.[1] At that meeting, Defendant committed to resolve his situation by August 2, 2004. Plaintiff has waited until the last possible moment to make its report to the Court in the hope that Defendant would comply, however, there has been no compliance.

---

[1] See Exhibit 1, Declaration of Revenue Office Linda Briones

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

*for:* _____
STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Hwy. 83, Ste. 600
McAllen, TX 78501
Telephone: (956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

**CERTIFICATE OF CONFERENCE**

The United States of America attempted to contact Defendant by phone on August 5, 2004, but was not successful.

*for:* _____
STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *REPORT REGARDING THE STATUS OF DEFENDANT'S COMPLIANCE* was sent by First-Class Mail to the following:

>Mr. Armando Rodriguez
>418 Mockingbird St.
>San Benito, Texas  78586

on this the 5th day of August, 2004.

> For: STEVEN T. SCHAMMEL
> Assistant United States Attorney

cc:  Ms. Linda Briones
     2701 S. Business 77 Sunshine Strip
     Stop 5370 Harl
     Harlingen, TX 78550

GOVERNMENT EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| Armando Rodriguez, ) | |
| ) | |
| Respondent. ) | |

## DECLARATION

Linda Briones declares:

1. I am employed as a revenue officer in the Small Business/Self-Employed Division of the Internal Revenue Service at Harlingen, Texas 78550.

2. In my capacity as a revenue officer, I am conducting an investigation into the collection of tax liability of Armando Rodriguez for the taxable period(s) ended June 30, 2002, September 30, 2002, December 31, 2002 and March 31, 2003.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on November 13, 2003, an Internal Revenue Service summons, Form 2039, to Armando Rodriguez, to give testimony and to produce for examination books, papers, records, or other data as described in said summons.

4. In accordance with section 7603 of Title 26, U.S.C., on November 13, 2003, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Armando Rodriguez, by leaving a copy at the last known place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5. On November 25, 2003, the respondent, Armando Rodriguez, appeared but refused to comply. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Armando Rodriguez for the taxable period(s) ended June 30, 2002, September 30, 2002, December 31, 2002 and March 31, 2003.

9. On July 19, 2004, this matter came up for hearing under an Order to Show Cause on the United States of America's Amended Petition to Enforce Internal Revenue Summons. Respondent, Armando Rodriguez failed to appear. It was ordered on this date that Armando Rodriguez appear and produce to Revenue Officer Linda Briones information/documents described in the order no later than 12:00 p.m., July 29, 2004 at 2701 South Business 77, Sunshine Strip Harlingen, Texas.

10. On July 29, 2004 Respondent, Armando Rodriguez left a voice mail message indicating he would not be able to meet with L. Briones on this date. He indicated he did not have everything on this date and requested an extension until Friday, July 30, 2004. He indicated in his message that the only location he could be reached at was at his place of employment.

11. On July 29, 2004 Revenue Officer Linda Briones attempted to reach Armando Rodriguez by telephone. I made a personal visit to Valley Truck Wash 2041 Amistad Drive, San Benito, Texas. Mr. Rodriguez was available and indicated he was still working on gathering the records but was not sure when he would have them ready. He did not have records to provide to me on this date. I pointed out the court's deadline was today and he indicated he was aware. Mr. Rodriguez then committed to resolve the situation no later than Monday, August 2, 2004. I provided Mr. Rodriguez with my telephone numbers on where to be contacted once he was ready to comply on August 2, 2004.

12. As of this date I have not received any documents to satisfy the summons issued. Attempts were made to reach Mr. Rodriguez at the only telephone number he has provided and was told that he was not available as he was out of town. I left a message requesting an