IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer<br>of the Internal Revenue Service<br>　　　　　Plaintiffs,<br><br>v.<br><br>ARMANDO RODRIGUEZ<br>　　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Misc. No. B-04-016 |

## UNITED STATES OF AMERICA'S AND LINDA BRIONES, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE'S MOTION TO DISMISS

COMES NOW, the United States of America, and Internal Revenue Service Agent Linda Briones, Plaintiffs herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves for dismissal of this action. The United States of America submits the following as grounds for granting this motion:

1. Defendant died on August 9, 2004[1],

2. In the interest of justice, this case should be dismissed.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

---

[1] See attached Exhibit "1", Armando Guerra Rodriguez' obituary.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer<br>of the Internal Revenue Service<br>　　　Plaintiffs,<br><br>v.<br><br>ARMANDO RODRIGUEZ<br>　　　Defendant | §<br>§<br>§<br>§<br>§<br>§　Misc. No. B-04-016<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

CAME ON for consideration the United States of America's and Linda Briones, Revenue Officer of the Internal Revenue Service's Motion to Dismiss. Upon consideration of the motion, the Court is of the opinion that Plaintiffs' Motion should be GRANTED.

THEREFORE, it is ordered that Plaintiff's Second Amended Petition to Enforce Internal Revenue Service Summons is hereby **DISMISSED**.

Signed at Brownsville, Texas, on this ____ day of _____, 2004.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　HILDA G. TAGLE

# Exhibit 1

Valley Morning Star Online E***on

**VMS POLL**

Have you changed your driving habits because of rising gas prices?

○ YES
○ NO

[ Submit ]

CURRENT RESULTS



**Armando Guerra Rodriguez**

SAN BENITO — Armando Guerra Rodriguez, 37, went to be with the Lord, Monday, August 9, 2004 in Miami, Florida.

Mr. Rodriguez was born in Arlington Heights, Illinois on July 24, 1967. He was a lifetime resident of San Benito, the owner of C.O.D. Express and a member of St. Benedict's Catholic Church. Armando was a loving husband, a caring brother, a dear son and a wonderful father.

He will be remembered for his giving heart, unconditional love, and his ever-living spirit will remain with us forever. Armando will be dearly missed by all.

He is survived y his wife, Veronica Valle Rodriguez; two daughters, Jennifer Nicole Valle Rodriguez and Chelsea Amanda Valle Rodriguez; stepson, Ruben Anthony (Ann) Valle; parents, Mr. and Mrs. Jose R. and Maria Elena Rodriguez Sr.; brothers, Guadalupe (Elena) Rodriguez, Joe G. (Michelle) Rodriguez Jr.; sister, Cristela Dow Rodriguez; maternal grandmother, Socorro Rodriguez and numerous aunts, uncles, nephews, nieces and cousins.

He was preceded in death by his grandfather, Guadalupe Rodriguez; grandfather, Marcos Guerra, Sr.; grandmother, Ernestina Guerra and uncle, Marcos Guerra, Jr.

Pallbearers will be Ruben Anthony Valle, Albert Valle, Alfredo Valle, Carlos Guerra, Francisco Gonzalez, Marcelo Gutierrez, Jesus Benavidez and Steve Valle. Honorary pallbearers will be Guadalupe Rodriguez, Joe Rodriguez Jr. and Sam Moore.

Visitation will be held Monday, August 16, 2004 at San Benito Funeral Home Chapel from 9 a.m. to 9 p.m. with a Holy Rosary to be recited at 7 p.m. Funeral services will be Tuesday, August 17, 2004 at St. Benedicts Catholic Church in San Benito with Father Ignacio "Nacho" Luna officiating at 10 a.m. Entombment will follow at Mont Meta Memorial Park in San Benito, TX.

Funeral arrangements are under the direction of San Benito Funeral Home.

Posted by: MIKE PEREZ on Aug 16, 04 | 6:36 am | PROFILE

**Tell a friend!**

Email address of recipient

Your name

Your email address

Personal message

What would you like to send?
⦿ Link only   ○ Full text   [ Send ]

OBITUARIES HOME