IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service<br>Plaintiffs, | § § § § § | |
| v. | § § | Misc. No. B-04-016 |
| ARMANDO RODRIGUEZ<br>Defendant | § § § | |

### ORDER OF DISMISSAL

CAME ON for consideration the United States of America's and Linda Briones, Revenue Officer of the Internal Revenue Service's Motion to Dismiss. Upon consideration of the motion, the Court is of the opinion that Plaintiffs' Motion should be GRANTED.

THEREFORE, it is ordered that Plaintiff's Second Amended Petition to Enforce Internal Revenue Service Summons is hereby **DISMISSED.**

Signed at Brownsville, Texas, on this 25 day of August, 2004.

UNITED STATES DISTRICT JUDGE
HILDA G. TAGLE